**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-2196

---

EDWARD BUNN,

                              Plaintiff - Appellant,

        versus

ARLINGTON COUNTY; RON CARLEE; AMI YORCZYK;
GREGORY GIRARDIN; MICHAEL LONGHI; FRANCES
O'LEARY,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-04-628-1)

---

Submitted:  January 10, 2005          Decided:  February 2, 2005

---

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Edward Bunn, Appellant Pro Se.  Ara Loris Tramblian, Deputy County
Attorney, Peter Harlan Maier, Assistant County Attorney, Arlington,
Virginia; Jack L. Gould, Fairfax, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Bunn appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Bunn v. Arlington County, No. CA-04-628-1 (E.D. Va. filed Aug. 27 & entered Aug. 30, 2004; filed Sept. 2 & entered Sept. 3, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED